UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SHARONDA MILLER
    PLAINTIFF,

VS

PATRICK FREED, ET AL.,
    DEFENDANT,

CASE: 21-cv-2189

PRESIDING JUDGE
HONORABLE JOE BILLY McDADE,

## AMENDED COMPLAINT BIVENS 1983

On, 11-23-2020, Decatur Correctional Center staff and medical personel were deliberately and maliciously indifferance. I was ordered, threatened and forced to live in a cell with a offender who was positive for covid 19, although I was not positive of covid 19. I was ordered by Lt. Freed to live on the quarantine housing unit after requesting to be tested for the infectious disease. This request infuriated this administration whom did not want to test offenders for this infectious disease, and before I could be tested I was reassigned to live on this infectious disease housing unit, with an infected person.

I vehemently told the Nurse Oats, Correctional Officer Harder, sgt. Locke, Lt. Freed, Lt. Parks that I was not positive of this disease. Oats before testing, me and stated it was protocol to put those requesting testing on the covid unit if they have any symptoms even before test results. I told this Nurse Oats that I suffered from a itchy throat due to allergies, yet needed to be sure, and I was ordered by Lt. Freed to live on the quarantine unit. This Lieuteneant Freed assured me I would not come into contact with any of the infected persons of covid and I would live on an isolated unit/cell with my current cell mates. However, upon upon atrival I was placed in a cell with offener Rachael Reese who was suffering badly and noticable from this disease. I refused to

live on this housing unit and in the cell with this offender after being tricked by this Lieutenant Freed who used Lt. Park to cosign for this placement of me on the infectious unit I continuously refused to live on this housing unit and was threatened punishment if I did not live on this unit. Reluctantly I complied. c/o Harder called this Lieutenant Freed who gave her the order to give me direct orders to live on this housing unit which she did. I refused. Harder called Sgt. Locke who came to assist in this refusal. Sgt. Locke came and gave me orders from her superior to live on this house/cell. I was told I would be put in segregation if I refused and written an incident report. I was repeatedly ordered to live on this covid infectious house even though I was vocal and adamant that I had not been tested nor positive for this infectious disease and my immuno system put me at high risk for this infection if exposed. I was denie assistance and threated, ordered and left to live amongst the infected person. The following morning I was told my results to my test were negative and I was then removed and placed in an housing unit isolated from everyone for the next 14 days. I was refused after testing. My request for testing after exposure to the infectious persons in this quarantine cell/house was denied. I grieved this incident immediately, as I felt it was a direct violation of my safety and health, which I submitted to the proper authorities and received a dispostion that staff were informed to follow IDPH guidelines to prevent the spread of this disease. I appealed this issue. It was dispositioned from the higher authorities that there was no Covid 19 guidelines in the Directive Review Rules. I greived the Lieutenant and correctional staff, as well as the nurses involved.
The nurses, and protocol created significant hardship, posing a substantial risk of harm, which was administered from the Wexford Healthcare Services.

On 12-29-2020, as I spoke with Nurse Fronville as she approached my cell door, accompanied by the Lt. Freed about my covid test results, Lt. Freed interjected in the conversation with hostility and beligerentness. I politely told this Lt. Freed I was not talking to him, and turned my head. This Lt. knowingly thrust the door of my cell into me as he saw my arm on the back of chair, which uprooted me from the chair due to the power exuded by this man. I backed up to the wall holding my arm informing the Lt. Freed he hit me with the door. This Lt. Freed balled up his fist and asked me "what did I want to do about it then?" I replied nothing. He then ordered me to "cuff up", which I removed my jacket, and placed both arms behind my back. After roughly cuffing me this Lt. Freed ordered me to "put on my PPE mask." I told him I couldn't due to being in handcuffs. This Lt. became so enraged after repetitvely ordering me to put on this mask as he yanked on my cuffs forcefully. My cellmate Hester Kelly attempted to assist this issue by placing a mask on my face, as she was now accompanied by officer Anderson. However, in a blind rage this Lt. while using the handcuffs as leverage threw me from behind into the sink, then kneed me in my back, flinging me into the bed before slamming me on the floor as he screamed repeatedly "put it on," "get down" and "stand up," like a maniac. These orders came simultaneously as he flung me around like a rag doll. This entire time officers Anderson, Stapleton and Long were present in the doorway onlooking yet done nothing to prevent this assault. Once I was on the floor this Lt. Freed, continued to inflict malicious injury upon me standing overhead pulling on the handcuffs in an attempt to stand me up, using the handcuffs as leverage pulling my arms over head from behind me.

He eventually called Lt. Wilson and Major Snyder to assist him with escorting me to the healthcare unit. Thereafter this Lt. Freed, wrote a falsified incident report which sent me to segregation where I was denied a fair hearing by the adjustment committee and subsequently disciplined and transfered to the maximum security prison. I grieved this incident and the report which the report was later dispositioned as unfound, and acknowledge my due process was violated in this incident hearing.

## LITIGATION HISTORY

Plaintiff previously filed a Bivens 1983 case number 12-cv-1231 for medical negligence and deliberate indifference/negligence. Defendants recieved immunity in their individual capacity.

No appeal was taken in this matter. The plaintiff was allowed in forma pauperis. No strikes were taken against the plaintiff in the dispositioning of the case.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

I.D.O.C. Decatur has a grievance process. The plaintiff in deed followed the process in the dispositioning of the issues brought before this court.

RELIEF REQUESTED

Plaintiff seeks;

1). Formal criminal charges of assault filed against Lt. Freed.

2). Finding of Deliberate Indifference/failure of staff to intervene, and defendants to be removed from employment in I.D.O.C.

3). Injunctive relief of a corrective process of individuals in custody the Right to immediately file criminal charges on any individual using brutality/physical abuse against them without gatekeepers in the administational process.

4). An MRI of plaintiffs shoulder/head (right shoulder) and provide plaintiff with proper pain medications and medical treatment of injuries.

5). Restoration of College Educational Math Course(s) the plaintiff was enrolled in course prior to removal of institutions.

6). Restoration of pay from missing work assignment during this tragic event . Wages of assignment pay for the months of January 2021- original filing of this complaint.

7). Award plaintiff $1,000,000.00 in damages for physical, mental, psychological, and emotional damage.

8). The Plaintiff request a TRIAL BY JURY.

/s/ *Sharonda Miller*

Sharonda Miller R84628
p.o. box 1000
Lincoln IL 62656

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information and belief that this complaint is in full compliance with Rule 11(a) and (b) of the Federal Rules of Civil Procedure.

The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

signed: *[signature]*

DATE: April 22, 2022

Printed name; Sharonda Miller
P.O. Box 1000
Lincoln, Il. 62656

Prsion ID: R84628

COLUMBIA SC 290

28 AUG 2021 PM 2 L

Sharonda Miller #R84628
Logan Correctional Center
P.O. Box 1000
Lincoln, IL 62656
LEGAL MAIL - OPEN ONLY IN INMATE'S PRESENCE

62656-810000

8c-10

LAW OFFICE OF
THOMAS R. KAYES
LLC

12/8/21

Hello. I am currently incarcerated in the I.D.O.C., and had the misfortune of being assaulted by a state employee(Lieuten-ant Freed) in Decatur Correctional. I was originally falsely accused of assault, threatening, and insolence against this person. I was transfered from segregation to segregation after the hearing committee failed to investigate my defense and found me at fault. I grieved the incident in it's entirety to the Adm. review board, and was subsequently found not guilty due to no evidence substantiated the allegations as well as the hearing committee violating my due process to call witnesses and follow the administrative directives during the process of a hearing.

However, this office could not find staff misconduct at their office. The incident report was expunged. I was taken to Decatur Memorial due to him attempting to snap my arms out of socket as well as my wrist, and head being injured during the assault. (3) other officers witnessed this incident and just stood idle as he unleashed his malicious attack in retaliation on me for filing a grievance against him the prior month for intentionally placing me in a cell on the quarantine house with a covid infected offender, and I was not tested nor found positive of covid. I also grieved this issue to the admin. review and was given a frivilous reasoning for this behavior no protocol exist for covid intervention in i.d.o.c is what I was disposition I filed a civil action this year, and am in need of professional assistance to help litigate this case and receive just compensation for this violation. Could your office please assist me in this manner? Thank you in advance for all your help.

sincerely
Sharonda Miller
Sharonda Miller

**ILLINOIS DEPARTMENT OF CORRECTIONS**

LE

Legal

## Offender Authorization for Payment

Posting Document # __81-0705__  Date __6/25/21__

Offender Name __Sharonda Miller__  ID# __R84628__  Housing Unit __2A14__

Pay to __Foutris Law Office__

Address __53 W Jackson Ste 252__

City, State, Zip __Chi IL 60604__

The sum of _____ dollars and _____ cents charged to my trust fund account, for the purpose of _____

[X] I hereby authorize payment of postage for the attached mail.  [ ] I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature __Sharonda Miller__  ID# __R84628__

Witness Signature __LCtW08__

[ ] Approved  [ ] Not Approved   Chief Administrative Officer Signature _____

Postage applied in the amount of ____1____ dollars and __80__ cents.

JP

Distribution: Business Office, Offender, Mail Room

*Printed on Recycled Paper*

DOC 0296 (Eff. 1/2006)
(Replaces DC 828)

# LOEVY & LOEVY

311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

July 8, 2021

*CONFIDENTIAL LEGAL CORRESPONDENCE*

*Via USPS Mail*
Sharonda Miller R84628
Lincoln Correctional Center
PO Box 549
Lincoln, IL 62656

*Re: Your request for legal representation*

Sharonda Miller:

    Thank you for contacting our firm to request legal representation. We are unfortunately unable to take your case.

    Please be advised that there are time limitations that govern the period in which a claim or lawsuit may be filed. Such time periods depend on the cause of action you may wish to pursue. However, we encourage you to follow up with other attorneys <u>immediately</u> to ensure that all legal rights are fully explored and protected.

    We appreciate your decision to contact us, and wish you the best of luck in pursuing your claims.

                                                       Sincerely,

                                                       Loevy & Loevy